UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                Plaintiff,      Case No. 24-10560

v.                                  Judith E. Levy
                                  United States District Judge

JA Tax Services, LLC, *et al.*,

                                  Mag. Judge Kimberly G. Altman

                Defendants.

_____/

### ORDER STRIKING EXHIBITS TO DEFENDANT TASHA WASHINGTON'S ANSWER TO THE COMPLAINT [22-1, 22-2, 22-3, 22-4]

The Court has reviewed Defendant Tasha Washington's answer to the complaint and its exhibits. (ECF Nos. 22, 22-1, 22-2, 22-3, 22-4.) The Court strikes the exhibits for the following reason:

☐ Missing statement of concurrence or the statement of concurrence does not comply with Local Rule 7.1(a). *See* E.D. Mich. LR 7.1(a).

☐ Wrong font size or improper formatting (e.g., single-spaced, improper margins, no page numbers, etc.). *See* E.D. Mich. LR 5.1(a)(2)–(3).

☐ Over-length. *See* E.D. Mich. LR 7.1(d)(3).

☐ Brief missing required information (e.g., concise statement of issues, controlling or most appropriate authority). *See* E.D. Mich. LR 7.1(d)(2).

☐ Exhibits do not comply with Rule 19(b) of the Electronic Filing Policies and Procedures (e.g., index, separate attachment for each exhibit). *See* E.D. Mich. LR 5.1(d)(1), 5.1.1(a).

☒ Contains information that must be redacted (e.g., social security number, taxpayer identification number, birth date, minor's name, financial account number). *See* Fed. R. Civ. P. 5.2.

☐ Non-compliance with Local Rule 5.3 regarding filing an item under seal in a civil case. *See* E.D. Mich. LR 5.3.

☐ Failure to comply with the discovery dispute protocol set forth in the Court's Practice Guidelines. *See Judge Judith E. Levy*, United States District Court for the Eastern District of Michigan, https://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=44.

☐ Other: _____.

The documents (ECF Nos. 22-1, 22-2, 22-3, 22-4) are STRICKEN and not part of the record. Defendant Tasha Washington may refile these documents if they are redacted,[1] or may request that the documents be filed under seal.

---

[1] Federal Rule of Civil Procedure 5.2(a) describes required redactions for documents with sensitive information:

(a) Redacted Filings. Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security

2

IT IS SO ORDERED.

Dated: August 26, 2024        s/Judith E. Levy
    Ann Arbor, Michigan      JUDITH E. LEVY
                                        United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 26, 2024.

                                          s/William Barkholz
                                          WILLIAM BARKHOLZ
                                          Case Manager

---

number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only:

(1) the last four digits of the social-security number and taxpayer-identification number;

(2) the year of the individual's birth;

(3) the minor's initials; and

(4) the last four digits of the financial-account number.