IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:24-cv-10560 |
| | ) | |
| v. | ) | Hon. Judith E. Levy |
| | ) | |
| J&A TAX SERVICES, LLC, D/B/A EQUITAX; ANN HEIBECK A/K/A ANN MARIE DZIERGAS; CRYSTAL PATRICK; DEBRA WASHINGTON; KIANNA DANCY; SADE COOPER; and TASHA WASHINGTON, | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED JOINT MOTION BY UNITED STATES AND KIANNA DANCY FOR ENTRY OF JUDGMENT OF INJUNCTION**

Plaintiff United States of America filed this civil action, pursuant to 26 U.S.C. §§ 7402 and 7407, seeking a permanent injunction prohibiting J&A Tax Services, Ann Heibeck, Crystal Patrick, Debra Washington, Kianna Dancy, Sade Cooper, and Tasha Washington from engaging in the business of preparing federal tax returns or claims for refunds. The United States alleges that the defendants repeatedly and continuously prepared federal tax returns for their customers in a manner that understated their income-tax liability.

The Plaintiff United States of America and Kianna Dancy (collectively, "the Parties") have reached an agreement resolving the claims raised by the United States in its complaint against Ms. Dancy. The Parties present the Court with a joint motion requesting entry of stipulated judgment of injunction against Ms. Dancy containing provisions agreed upon by the Parties, submitted herewith. The Parties stipulate and agree as follows:

1. The United States filed a complaint against Kianna Dancy seeking in part, an injunction against her under 26 U.S.C. §§ 7402(a) and 7407.
2. The Court should enter a judgment of injunction against Kianna Dancy in a form identical or substantially similar to the proposed stipulated judgment of injunction submitted with this motion.
3. Kianna Dancy admits that this Court has subject-matter jurisdiction pursuant to 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. §§ 7402 and 7407, and that she is subject to the Court's personal jurisdiction.
4. Ms. Dancy voluntarily consents to the entry of the injunction without further notice and agrees to be bound by its terms.
5. The Parties waive entry of findings of fact and conclusions of law.
6. Kianna Dancy is a federal "tax return preparer" under I.R.C. § 7701(a)(36).

7. The injunction will be entered under Fed. R. Civ. P. 65 and will constitute a judgment on the claims in Counts I and II of the United States' Complaint (Dkt. No. 1) against Kianna Dancy.
8. Entry of this stipulation will resolve all claims at issue in the above-captioned matter asserted by the United States against Kianna Dancy.
9. Ms. Dancy waives the right to appeal from the Stipulated Judgment of Injunction;
10. The Court will retain jurisdiction over this matter for the purpose of implementing and enforcing the Stipulated Judgment of Injunction;
11. The United States may conduct full post-judgment discovery to monitor compliance with the Judgment of Injunction;
12. Entry of this judgment will not preclude the United States from pursuing any other current or future civil or criminal matters or proceedings, nor will it preclude Kianna Dancy from contesting liability in any other matter or proceeding;
13. The United States and Ms. Dancy will each bear their own costs, including any attorney's fees or other expenses of this litigation;
14. As agreed by the Parties, the Stipulated Judgment of Injunction shall be in effect for four years, unless the terms of the judgment are

violated and permanent injunction or other court-issued sanction is entered.

15. If Ms. Dancy does not comply with or otherwise violates the terms of the Stipulated Judgment of Injunction, within the four-years it is in effect, as determined by the Department of Justice, the Parties agree that the United States is permitted to and shall notify the Court and the Court will enter a superseding judgment that includes the terms as written in Paragraph L, subparagraphs 1-11, of the Stipulated Judgment of Injunction.

//

//

//

//

//

//

//

//

//

//

[Signatures to Follow]

[Continued]

**Plaintiff, United States of America**

JULIA M. GLEN
CLAIRE A. SHIMBERG
FRANKLIN SANDREA-RIVERO
Trial Attorneys
United States Department of Justice
Civil Division – Tax Litigation Branch
P.O. Box 55
Washington, D.C. 20044
202-598-3280 (v) (JG)
202-305-3197 (v) (CS)
202-353-2121(v) (FSR)
202-514-5238 (f)
Julia.M.Glen@usdoj.gov
Claire.Shimberg@usdoj.gov
Franklin.Sandrea-Rivero@usdoj.gov

**Defendant, Kianna Dancy**

/s/ Katrina Wright

KATRINA WRIGHT, ESQ.
Right Legal Services, PLLC
11800 Merriman, No. 51393
Livonia, MI 48151
313-615-0016 (t)
734-629-0425 (f)
rightlegalservice@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF filers. No parties require additional service.

*/s/ Franklin D. Sandrea-Rivero*
FRANKLIN D. SANDREA-RIVERO
Trial Attorney
U.S. Department of Justice
Civil Division, Tax Litigation Branch