UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,   )
                            )
         Plaintiff,         )        Case No. 5:24-cv-10560
                            )
    v.                      )        Hon. Judith E. Levy
                            )
J&A TAX SERVICES, LLC, D/B/A )
EQUITAX; ANN HEIBECK        )
A/K/A ANN MARIE             )
DZIERGAS; CRYSTAL PATRICK;  )
DEBRA WASHINGTON;           )
KIANNA DANCY;               )
SADE COOPER; and            )
TASHA WASHINGTON,           )
                            )
         Defendants.        )
_____)

**STIPULATED JUDGMENT OF INJUNCTION AGAINST KIANNA DANCY**

Plaintiff United States of America and Defendant Kianna Dancy

(collectively, "the Parties"), having stipulated to the entry of a judgment of

injunction as set forth in the Parties' joint motion for entry of judgment of

injunction:

**A. IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Kianna

   Dancy may only continue preparing federal tax returns or claims for refund

   for other individuals and for entities not solely owned by her if she complies

   with the internal revenue laws and the provisions of this judgment. For

purposes of this judgment, Kianna Dancy is considered to be preparing federal tax returns or claims for refund whether she carries out the work through or for a sole proprietorship, a partnership, a corporation, a limited liability company, or some other business entity. Ms. Dancy is also considered to be preparing federal tax returns or claims for refund whether she carries out the work through her own personal efforts or through the efforts of other individuals subject to her direction and control, including employees, contractors, and volunteers.

B. **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED,** that when preparing any federal tax return or claim for refund requesting Head of Household Filing Status,[1] Education Credits,[2] credits for dependent care expenses,[3] or that includes a Schedule C, Kianna Dancy shall completely and correctly prepare, retain, and file along with the return a Form[4] 8867, entitled "Paid Preparer's Due Diligence Checklist." In her file regarding the taxpayer, Ms. Dancy shall retain copies of all records reviewed to prepare the federal return requesting Head of Household Filing Status, Education

---

[1] *See* 26 U.S.C. § 2(b).
[2] *See* 26 U.S.C. §25A (American Opportunity Credit or Lifetime Learning Credit).
[3] *See* 26 U.S.C. §§ 21.
[4] The forms and schedules identified in this judgment are those published by the IRS for use by taxpayers and return preparers. *See, e.g.*, Treas. Reg. § 601.602. If, during the time that this judgment is in force, the IRS publishes successor forms and schedules to those identified in this judgment, then the successors are incorporated into this judgment by reference.

Credits, credits for dependent care expenses, or a Schedule C, and the Form 8867, and she shall retain copies of all notes of her interview(s) with the taxpayer(s) containing information used to prepare those documents.

C. **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED,** that when preparing any federal tax return or claim for refund requesting Head of Household Filing Status, Ms. Dancy shall obtain and review the supporting documentation set forth in Form 886-H-HOH, entitled "Supporting Documents to Prove Head of Household Filing Status." In her file regarding the taxpayer, Ms. Dancy shall retain copies of this supporting documentation.

D. **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED,** that when preparing any federal tax return or claim for refund requesting an American Opportunity Tax Credit or a Lifetime Learning Credit, Kianna Dancy shall obtain and review the supporting documentation set forth in Form 886-H-AOC, entitled "Supporting Documents to Prove American Opportunity Credit." In her file regarding the taxpayer, Ms. Dancy shall retain copies of this supporting documentation.

E. **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED,** that when preparing any federal tax return or claim for refund that includes income or loss from a sole proprietorship reported on Schedule C (Form 1040) or

3

Schedule C-EZ (Form 1040), Kianna Dancy shall obtain and review business records supporting all business revenue and expenses reflected on the Schedule C or Schedule C-EZ.  Examples of business records supporting revenue include cash register receipts, bank statements, bank deposit slips, receipt books, invoices, credit card charge slips, Forms 1099-MISC, or any other documents that the taxpayer consistently uses to record receipts of the business (calendar, income ledger, and so on).  Examples of business records supporting expenses include canceled checks, cash register receipts, account statements, credit card sales slips, invoices, petty cash slips for small cash payments, and depreciation schedules, or any other documents that the taxpayer consistently uses to record expenses of the business.  In her file regarding the taxpayer, Ms. Dancy shall retain copies of the business records supporting all business revenues and expenses reflected on the Schedule C or Schedule C-EZ.

F.  **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED,** that under I.R.C. §§ 7402 and 7407, Kianna Dancy is enjoined from preparing any federal tax return or claim for refund that includes income or loss from a sole proprietorship reported on Schedule C or Schedule C-EZ unless all of the business income and expenses reflected on the schedule are supported by

4

credible business records that she has obtained from the taxpayer, reviewed, and retained in her file regarding the taxpayer(s).

G. **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED,** that for any federal tax return or claim for refund prepared by Kianna Dancy while this judgment is in force, Ms. Dancy shall retain a copy of the federal tax return or claim for refund, a copy of all interview notes relied upon when preparing the federal tax return or claim for refund, and a copy of all records relied upon when preparing the federal tax return or claim for refund in a file regarding the taxpayer(s).  Ms. Dancy may maintain these taxpayer files on paper or electronically in PDF format.  Her recordkeeping system must include reasonable safeguards designed to prevent loss of the files through theft, flood, fire, casualty, computer viruses, computer software or hardware malfunctions, and other common hazards.

H. **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that nothing herein excuses Kianna Dancy from full compliance with I.R.C. § 6701, which imposes certain record keeping obligations upon federal tax return preparers.

I.  **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that under I.R.C. §§ 7402 and 7407, Kianna Dancy is enjoined from preparing any federal tax return or claim for refund requesting a Head of Household Filing

5

Status, education credit (American Opportunity Tax Credit or Lifetime Learning Credit), credits for dependent care expenses, or that contain a Schedule C unless she obtains, reviews, and retains the forms and other documents referenced in the above paragraphs B through F in accord with the above paragraphs G and H.

J.  **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that under I.R.C. §§ 7402 and 7407, Kianna Dancy is enjoined from the following:

1.  Conduct subject to penalty under I.R.C. § 6694(a), which includes preparing any federal tax return or claim for refund that understates the tax payable or overstates the refund due because the preparer took a position that the preparer knew or should have known lacked substantial authority.

2.  Conduct subject to penalty under I.R.C. § 6694(b), which includes preparing any federal tax return or claim for refund that understates the tax payable or overstates the refund due because of the preparer's willful attempt in any manner to understate the liability for tax or the preparer's reckless or intentional disregard of rules or regulations.

3.  Conduct subject to penalty under I.R.C. § 6695, which includes preparing any federal tax return or claim for refund where the taxpayer files as head of household, or claims a child tax credit, without exercising due

diligence under Treas. Reg. § 1.6695-2 to verify the taxpayer's eligibility for same.

4.      Conduct subject to penalty under I.R.C. § 6701, which includes aiding, assisting, procuring, or advising with respect to the preparation or presentation of any portion of a federal tax return, affidavit, claim, or other document, knowing (or having reason to believe) that such portion will be used in connection with any material matter arising under the internal revenue laws, and knowing that such portion (if so used) would result in an understatement of the liability for tax of another person.

5.      Any conduct that substantially interferes with the proper administration and enforcement of the internal revenue laws, contrary to I.R.C. § 7407.

**K. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED THAT**, pursuant to 26 U.S.C. §§ 7402(a) and 7407:

1.  Kianna Dancy will be subject to monitoring by the IRS and Department of Justice for compliance with this injunction.

2.  At the end of each Filing Season (defined below), Ms. Dancy shall voluntarily produce to the IRS and Department of Justice all federal tax returns filed by Ms. Dancy that include at least one or more of the following: Head-of-Household Filing Status, claim an education

credit (e.g. American Opportunity Tax Credit or Lifetime Learning Credit), report a dependent care expense, or include a Schedule C. In the alternative, Ms. Dancy can satisfy this requirement by providing a list to the IRS and Department of Justice that contains the names of all customers for which a return was prepared by Ms. Dancy and which return contains at least one or more of the following: Head-of-Household Filing Status, education credit, dependent care expense, or Schedule C. In addition to the names of customers, this list shall include each customer's social security number, the type of return filed, i.e., 1040, the type of status, credit, expense, and/or Schedule that was included with such return, and a list of all documents used to support such claim(s).

3. The Filing Season shall be the twelve-month period preceding January 1st of each year with the first such Filing Season beginning on June 1, 2026 and continuing to December 31, 2026.

4. The production described in paragraph K(2) shall last for a period of 4 four consecutive Filing Seasons (ending December 31, 2029).

5. Annually, and by June 30 of each year for four consecutive Filing Seasons, Ms. Dancy shall report to the IRS and Department of Justice how many returns she has prepared and filed that include at

8

least one or more of the following: Head-of-Household Filing Status, claim an education credit (e.g. American Opportunity Tax Credit or Lifetime Learning Credit), report a dependent care expense, or include a Schedule C. In this report, Ms. Dancy must include the name, social security number, and contact information for the clients to which this applies.

6. Kianna Dancy shall inform the Department of Justice of her current employment as related to tax return preparation and filing and, if there are any changes to her employment within the four-year Filing Season period, Ms. Dancy shall inform the Department of Justice of her new employer within 14 days of employment.

7. All costs and expenses related to copying, saving, and producing the information to the United States shall be borne by Ms. Dancy.

L. **IT IS FURTHER ORDERED, ADJUDGED, AND DECRRED** that if Kianna Dancy violates the terms of this judgment, as determined by the Department of Justice, then under I.R.C. §§ 7402 and 7407, the Court shall enter a superseding judgment finding and directing as follows:

1. Kianna Dancy is permanently enjoined from preparing, filing, or assisting in preparing or filing federal tax returns, amended returns, and other related documents and forms for persons other than herself.

2. Kianna Dancy is permanently enjoined from advising, counseling, or instructing anyone about the preparation of a federal tax return.

3. Kianna Dancy is permanently enjoined from owning or controlling a return preparation business, and supervising, managing, or assisting other persons or entities with the preparation or filing of federal tax returns or other federal tax documents or forms for other persons.

4. Kianna Dancy is permanently enjoined from representing persons and entities other than herself before the Internal Revenue Service or otherwise in connection with any laws or regulations administered by the Internal Revenue Service.

5. Kianna Dancy is permanently enjoined from working or volunteering for a division of an entity in which that division is in the business of preparing federal tax returns or other federal tax documents or forms for other persons;

6. Kianna Dancy is permanently enjoined from advertising tax return preparation services through any medium, including print, online, and social media;

10

7. The IRS shall permanently revoke all preparer tax identification numbers ("PTIN")[5] and Electronic Filing Identification Numbers ("EFIN")[6] issued to Kianna Dancy, and any entity that Ms. Dancy owns or controls.

8. Kianna Dancy is permanently enjoined from providing office space, equipment, or services for, or in any other way facilitating, the work of any person or entity that is in the business of preparing or filing federal tax documents or forms for others or representing persons before the IRS;

9. Kianna Dancy is permanently enjoined from referring any person to a tax preparation firm or a tax return preparer, or otherwise suggesting that a person use any particular tax preparation firm or tax return preparer;

10. Kianna Dancy is permanently enjoined from selling, providing access, or otherwise transferring to any person some or all of the proprietary assets of the named Defendants in this matter generated by their tax return preparation activities, including but not limited to customer lists.

---

[5] *See, e.g.,* I.R.C. § 6109(a)(4).

[6] *See, e.g.,* I.R.C. § 6109(a)(4), Treas. Reg. § 1.301.6011-7.

11. Kianna Dancy is permanently enjoined from engaging in any conduct subject to penalty under 26 U.S.C. §§ 6694 or 6695, or engaging in any other conduct that substantially interferes with the administration and enforcement of the internal revenue laws.

**M. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED,** pursuant to 26 U.S.C. §§ 7402(a) and 7407 that nothing in above paragraphs prohibits the Court from imposing contempt sanctions upon Kianna Dancy, with or without a request for such sanctions by the United States.

**N. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED,** pursuant to 26 U.S.C. §§ 7402(a) and 7407 that upon request made while this judgment is in force, Kianna Dancy shall make the taxpayer files pertaining to federal tax returns or claims for refund that she has prepared after the date of this judgment available to personnel from the IRS or the Department of Justice for review and copying at reasonable locations and reasonable times, for the purpose of verifying Ms. Dancy's compliance with the terms of this judgment.

**O. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED,** pursuant to 26 U.S.C. §§ 7402(a) and 7407 that the provisions of this judgment shall be effective upon entry. The provisions of this judgment shall be null and

ineffective after four consecutive Filing Seasons (ending December 31, 2029).

P. **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED,** pursuant to 26 U.S.C. §§ 7402(a) and 7407 that the Court retains jurisdiction over this matter to enforce the terms of this judgment while it is in effect.

Q. **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED,** pursuant to 26 U.S.C. §§ 7402(a) and 7407 that nothing in the foregoing paragraphs prohibits the United States (which includes the IRS and all other subdivisions of the federal government) from pursuing in a separate proceeding any other claims or penalties, civil or criminal, against Kianna Dancy, or entities controlled by Kianna Dancy, whether related or unrelated to internal revenue laws; and nothing in the foregoing paragraphs prohibits Ms. Dancy from contesting such claims or penalties pursued by the United States.

R. **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED,** parties shall each bear their own litigation costs, including attorney fees.

**IT IS SO ORDERED.**

s/Judith E. Levy
_____
UNITED STATES DISTRICT JUDGE

Date: May 11, 2026

13